167 So. 921

**Dan LOCKHART v. STATE.**
5 Div. 988.

Court of Appeals of Alabama.
April 21, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 910

**Oren LAMBERT v. R. L. HOLCOMBE, Sr., Sheriff.**
1 Div. 256.

Court of Appeals of Alabama.
May 26, 1936.

BRICKEN, Presiding Judge.
Affirmed.

168 So. 906

**Louis LAMBERT v. STATE.**
6 Div. 897.

Court of Appeals of Alabama.
May 5, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

168 So. 906

**Robert LAMINACK v. STATE.**
6 Div. 896.

Court of Appeals of Alabama.
May 12, 1936.

RICE, Judge.
Appeal dismissed.

171 So. 924

**Clarence LAMON v. STATE.**
6 Div. 20.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Appeal dismissed.

170 So. 925

**Raymond LANDERS v. STATE.**
8 Div. 421.

Court of Appeals of Alabama.
Nov. 3, 1936.

BRICKEN, Presiding Judge.
Affirmed.

170 So. 924

**Raymond LANDERS v. STATE.**
8 Div. 422.

Court of Appeals of Alabama.
Oct. 27, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 920

**Raymond LANDERS v. STATE.**
8 Div. 423.

Court of Appeals of Alabama.
Oct. 27, 1936.

RICE, Judge.
Affirmed.